AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Alexander Bernard Wilson, Jr. <br> *Petitioner* <br> v. <br> Warden of Kirkland <br> *Respondent* | ) <br> ) <br> ) Civil Action No.    5:20-cv-2145-JFA <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Petition is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., who adopts the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:   August 5, 2020                                                                 *CLERK OF COURT*

                                                                                    s/Debbie Stokes
                                                                          *Signature of Clerk or Deputy Clerk*